1  Mark Block (SBN 115457)
   mblock@wargofrench.com
2  WARGO & FRENCH LLP
   1888 Century Park East, Suite 1520
3  Los Angeles, CA 90067
   Telephone: 310-853-6300
4  Facsimile: 310-853-6333

5  Attorneys for Defendant
   JPMORGAN CHASE BANK. N.A., individually
6  and as acquirer of certain assets and liabilities of
7  Washington Mutual Bank from the Federal Deposit
   Insurance Corporation as Receiver
8

FILED - SOUTHERN DIVISION
CLERK. U.S. DISTRICT COURT

FEB - 7 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

9        UNITED STATES DISTRICT COURT, CENTRAL DISTRICT

10                    SANTA ANA DIVISION

11

12  Richard Mendez, Non-Corporate Entity,        Case No.  8:11-cv-01237-AG-AN
    Real Party In Interest
13                                               [PROPOSED] JUDGMENT

14              Petitioner
                                                 Complaint Filed:   August 18, 2011
15        v.
                                                 Hon. Andrew J. Guilford
16  TAN X. TRINH, an individual,
    WASHINGTON MUTUAL BANK FA,
17  an unknown entity, JPMORGAN CHASE
    BANK NATIONAL ASSOCIATION, an
18  unknown entity QUALITY LOAN
    SERVICE CORPORATION, an unknown
19  entity, SPL, INC., an unknown entity,
    WENDY MCEWEN, an individual,
20  SHARINA L. GUZMAN, an individual,
    YOLANDA SBAFFONI, an individual,
21  ATTORNEY DARLENE ALLEN, an
    individual, ODILIA HERRERA, an
22  individual, SANDY LOPEZ, an
    individual, RONALD ALONZO, an
23  individual, ERICA PAUL, an individual;
    their agents, successors and/or assigns, and
24  all persons claiming by, through, or under
    such persons and all persons unknown,
25  claiming any legal or equitable right, title,
    estate, lien or interest in the land described
26  in the petition named as DOES 1 through
    10,
27
                Respondents.
28

Law Offices
Wargo & French LLP
1888 Century Park East, Suite 1520
Los Angeles, CA 90067
Phone: 310-853-6300

1    For the reasons set forth in the Order issued by the Court on January 18, 2012,

2    entitled "Order Re Notice of Void Ruling, and Dismissing Action as to all

3    Defendants Without Leave to Amend," ~~this action is dismissed in its entirety with~~

4    ~~prejudice.~~ judgment is entered against plaintiff
     and in favor of all defendants

5    IT IS SO ORDERED.

6

7    Dated: FEB 7, 2012

8

9

10                                        Honorable Andrew J. Guilford
                                          Judge of United States District Court

11

Law Offices
**Wargo & French LLP**
1888 Century Park East, Suite 1520
Los Angeles, CA 90067
Phone: 310-853-6300

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] JUDGMENT